| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11374-AMC

Steven W. Jamison  
1104 Bergan Road  
Oreland  PA   19075

Petition Filed Date: 04/23/2024  
341 Hearing Date: 07/12/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/22/2024 | $1,690.76 | | 07/31/2024 | $845.38 | | | | |

**Total Receipts for the Period: $2,536.14   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,536.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DEMETRIUS J PARRISH JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BUCKS COUNTY WATER&SEWER AUTH »» 001 | Unsecured Creditors | $3,646.69 | $0.00 | $0.00 |
| 2 | DISCOVER PERSONAL LOAN »» 002 | Secured Creditors | $6,548.30 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION »» 003 | Secured Creditors | $23,030.70 | $0.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $4,722.25 | $0.00 | $0.00 |
| 5 | SUN WEST MORTGAGE COMPANY INC »» 005 | Mortgage Arrears | $9,508.57 | $0.00 | $0.00 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $23,435.08 | $0.00 | $0.00 |
| 7 | VERIZON BY AIS AS AGENT »» 007 | Unsecured Creditors | $275.15 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $565.97 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 009 | Mortgage Arrears | $831.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11374-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,536.14 | Current Monthly Payment: | $845.38 |
| Paid to Claims: | $0.00 | Arrearages: | $845.38 |
| Paid to Trustee: | $253.62 | Total Plan Base: | $50,722.80 |
| Funds on Hand: | $2,282.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.