### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Steven W. Jamison : BK. No.: 24 – 11374 – amc
: Chapter 13
:

### Motion to Approve Debtor's Mortgage Modification

Debtor, Steven W. Jamison, hereby moves this Court for an order granting approval for Debtor's Mortgage modification by mortgagee, . In support of its motion, Debtor avers as follows:

1. On April 23, 2024, Debtor commenced the above-captioned Chapter 13 bankruptcy.

2. Thereafter, Debtor was offered mortgage assistance by its mortgagee, Sunwest Mortgage Company, Inc. (Sunwest).

3. The terms of the mortgage assistance are that Sunwest would loan Debtor an additional $15,893.80 and mark the mortgage as current.

4. Sunwest would record a partial mortgage claim for the loan amount.

5. The Debtor's mortgage payment going forward would be $2,645.54. (Attached hereto, incorporated herein and marked Exhibit "A" is a true and correct copy of the loan documents with its terms

6. The above modification of the mortgage terms will allow Debtor to address other debts as will be set forth in an amended Chapter 13 plan.

WHEREFORE, Debtor respectfully requests that this Court approve the Modification of Debtor's Mortgage as attached hereto in Exhibit "A" .

Date: September 10, 2024         Respectfully Submitted:
/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Debtor, Steven W. Jamison
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 f
Email: djpesq@gmail.com