**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Re: Steven W. Jamison                              :           BK. No.: 24 – 11374 – amc
                                                   :           Chapter 13
                                                   :

**ORDER**

AND NOW, this _____ day of _____, 2024, upon review of Debtor's Motion to Approve Mortgage Modification and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____
Ashely M. Chan, U.S. Bankruptcy Judge