UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN W JAMISON

CASE NO: 24-11374

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 29,30
Judge: Ashely M. Chan
Hearing Location: Courtroom 4
Hearing Date: October 8, 2024
Hearing Time: 11:00 a.m.
Response Date: September 23, 2024

On 9/10/2024, I did cause a copy of the following documents, described below,

Motion to Approve and Notice of Motion ECF Docket Reference No. 29,30

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2024

/s/ Demetrius Parrish
Demetrius Parrish  57512
Attorney for Debtor
The Law Office Of Demetrius J. Parrish, Jr.
7715 Crittenden Street #360
Philadelphia, PA  19118
215 735 3377
djpesq@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN W JAMISON

CASE NO: 24-11374

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 29,30
Judge: Ashely M. Chan
Hearing Location: Courtroom 4
Hearing Date: October 8, 2024
Hearing Time: 11:00 a.m.
Response Date: September 23, 2024

On 9/10/2024, a copy of the following documents, described below,

Motion to Approve and Notice of Motion ECF Docket Reference No. 29,30

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2024


Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Demetrius Parrish
The Law Office Of Demetrius J. Parrish, Jr.
7715 Crittenden Street #360
Philadelphia, PA  19118

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled EXCLUDE were not served via First Class USPS Mail Service.

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-11374
EASTERN DISTRICT OF PENNSYLVANIA
TUE SEP 10 11-40-27 PST 2024

~~EXCLUDE~~

~~(U)SUN WEST MORTGAGE COMPANY  INC~~

~~EXCLUDE~~

~~PHILADELPHIA~~
~~900 MARKET STREET~~
~~SUITE 400~~
~~PHILADELPHIA  PA 19107-4233~~

AMERICAN EDUCATION SERVICES
ATTN BANKRUPTCY
PO BOX 2461
HARRISBURG PA 17105-2461

AMERICAN EDUCATION SERVICES
PO BOX 61047
HARRISBURG  PA 17106-1047

BUCKS COUNTY WATER
1275 ALMSHOUSE ROAD
WARRINGTON  PA 18976-1295

BUCKS COUNTY WATER AND SEWER AUTHORITY
1275 ALMSHOUSE ROAD
WARRINGTON 18976-1209

(P)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

DISCOVER BANK
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

DISCOVER PERSONAL LOANS
ATTN BANKRUPTCY
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

DISCOVER PERSONAL LOANS
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

~~EXCLUDE~~

~~(D)DISCOVER PERSONAL LOANS~~
~~PO BOX 30954~~
~~SALT LAKE CITY  UT 84130-0954~~

~~EXCLUDE~~

~~(U)EIN CAP INC~~

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LENDING CLUB CORPORATION ASSIG
1800 ROUTE 34 N
WALL  NJ 07719-9168

UNDELIVERABLE

LVNV FUNDING LLC
GREENVILLE  SC 29602

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

~~EXCLUDE~~

~~(U)MR IRWIN FELDMAN~~

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FCU
PO BOX 3700
MERRIFIELD  VA 22119-3700

NAVY FEDERAL CR UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CR UNION
PO BOX 3700
MERRIFIELD  VA 22119-3700

ONEMAIN FINANCIAL
PO BOX 3251
EVANSVILLE  IN 47731-3251

PECO
2301 MARKET STREET
PHILADELPHIA  PA 19103-1380

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

~~(U) PHILADELPHIA FEDERAL CREDIT UNIO~~

PORTFOLIO RECOV ASSOC
120 CORPORATE BLVD
NORFOLK  VA 23502-4952

(P) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

UNDELIVERABLE
ROC FUNDING GROUP LLC

EXCLUDE

~~(U) SECOND ROUND SUB LLC~~

SMARTROOF  LLC
6862 ELM STREET  STE 300
MC LEAN  VA 22101-3886

EXCLUDE

~~(U) STATE OF PENNSYLVANIA~~

(P) SUN WEST MORTGAGE COMPANY INC
18000 STUDEBAKER ROAD
SUITE 200
CERRITOS CA 90703-2680

EXCLUDE

~~(D) (P) SUN WEST MORTGAGE COMPANY INC~~
~~18000 STUDEBAKER ROAD~~
~~SUITE 200~~
~~CERRITOS CA 90703-2680~~

SUN WEST MORTGAGE COMPANY  INC
CO JILL MANUELCOUGHLIN  ESQ
8 NESHAMINY INTERPLEX  SUITE 215
TREVOSE  PA 19053-6980

EXCLUDE

~~(D) (P) SUN WEST MORTGAGE COMPANY INC~~
~~18000 STUDEBAKER ROAD~~
~~SUITE 200~~
~~CERRITOS CA 90703-2680~~

SYNCHRONY BANK
120 CORPORATE BLVD
NORFOLK  VA 23502-4952

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

EXCLUDE

~~(D) (P) VELOCITY PORTFOLIO GROUP  INC~~
~~1800 RT 34 NORTH~~
~~BLDG 3 SUITE 305~~
~~WALL NJ 07719-9146~~

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

VERIZON BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

UNDELIVERABLE
WEBBANK
GREENVILLE  SC 29602

DEMETRIUS J PARRISH
THE LAW OFFICES OF DEMETRIUS J PARRISH
7715 CRITTENDEN STREET  360
PHILADELPHIA  PA 19118-4473

(P) SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265

DEBTOR
STEVEN W JAMISON
1104 BERGAN ROAD
ORELAND  PA 19075-2506