UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Steven W. Jamison | Bankruptcy No.24-11374-AMC
|
Debtor |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of September, 2024, by first class mail upon those listed below:

Steven W. Jamison
1104 Bergan Road
Oreland, PA  19075

**Electronically via CM/ECF System Only:**

DEMETRIUS J PARRISH JR ESQ
THE LAW OFFICE of DEMETRIUS J PARRISH JR
7715 CRITTENDEN STREET  #360
PHILADELPHIA, PA  19118

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee