## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Steven W. Jamison : BK. No.: 24 – 11374 – amc
: Chapter 13
:
:

**ORDER**

AND NOW, this 9th day of October, 2024, upon review of Debtor's Motion to Approve Mortgage Modification and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____
Ashely M. Chan, U.S. Bankruptcy Judge