United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 24-11374-amc

Steven W. Jamison   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Jamison, 1104 Bergan Road, Oreland, PA 19075-2506 |
| 14882366 | + | Sun West Mortgage Company, Inc., c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14876754 | Email/Text: bankruptcy@swmc.com | Oct 09 2024 23:52:00 | Sun West Mortgage Company, Inc., 18303 Gridley Rd, Cerritos, CA 90703-5401 |
| 14876755 | Email/Text: bankruptcy@swmc.com | Oct 09 2024 23:52:00 | Sun West Mortgage Company, Inc., Attn: Bankrupcty, 18303 Gridley Rd, Cerritos, CA 90703-5401 |
| 14889327 | Email/Text: bankruptcy@swmc.com | Oct 09 2024 23:52:00 | SunWest Mortgage Company, 18303 Gridley Rd, Cerritos, CA 90703 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024            Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DEMETRIUS J. PARRISH | on behalf of Debtor Steven W. Jamison djpbkpa@gmail.com djp711@aol.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Sun West Mortgage Company Inc. bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Steven W. Jamison        :        BK. No.: 24 – 11374 – amc
                             :        Chapter 13
                             :

### ORDER

AND NOW, this    9th    day of    October    , 2024, upon review of Debtor's Motion to Approve Mortgage Modification and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____
Ashely M. Chan, U.S. Bankruptcy Judge