**IN UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Steven A. Jamison | : | Bk. No.: 24 – 11374 – amc |
| | : | |
| Debtor | : | Chapter 13 Bankruptcy |
| | : | |
| | : | |

**MOTION FOR RECONSIDERATION OF DISMISSAL**

Debtor hereby moves this Court for Reconsideration of Dismissal on November 6, 2024. In support of its Motion, Debtor avers as follows:

1. On April 23, 2024, Debtor initiated the above – referenced Chapter 13.

2. Thereafter, Debtor filed several objections to claims for an assortment of reasons.

3. Debtor missed plan payment but was waiting until the objections were resolved in order to amend his plan and make new payments.

4. Debtor's counsel confused the instant matter with another with a similar name that has a hearing date scheduled for 11/7/2024 and failed to appear for the dismissal hearing on 11/6/2024 in the instant matter.

5. Debtor seeks a reinstatement of the instant Chapter 13 as an objection hearing is scheduled for 12/4/2024 and a motion to mold the order entered by the Court approving Debtor's Mortgage modification.

6. In addition to the foregoing, Debtor was made aware of additional debts that were not included in his schedules that must be addressed in a new plan.

WHEREFORE, Debtor respectfully requests that this Court reconsider dismissal and strike its order dismissing this matter.

Date: November 6, 2024                    Respectfully Submitted:

                                          /s/ Demetrius J. Parrish, Jr.

Demetrius J. Parrish, Jr., Esquire
Attorney for Debtor, Steven Jamison
7715 Crittenden Street No. 360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpesq@gmail.com