<u>IN UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| In Re: Steven A. Jamison | : | Bk. No.: 24 – 11374 – amc |
| | : | |
| Debtor | : | Chapter 13 Bankruptcy |
| | : | |
| | : | |

**ORDER**

AND NOW THIS _____ day of _____, 2024, upon review of Debtor's Motion for Reconsideration of Dismissal and any response thereto it is hereby ordered and Decreed that said Motion is GRANTED.  The above- captioned Chapter 13 Bankruptcy is hereby REINSTATED.

_____
Ashely M. Chan, U.S. Bankruptcy Judge